# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| DWIGHT SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV619-034 |
| FORD MOTOR CREDIT COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is plaintiff's Motion for a Continuance. Doc. 5. Plaintiff asks for an unspecified continuance in this case due to the current COVID-19 pandemic. *Id.* The Court will **CONSTRUE** this motion as a request for an extension of time and will **GRANT it IN PART**. Plaintiff shall have an additional 90 days to serve defendant. Failure to effectuate service within that time frame will result in a recommendation of dismissal for failure to comply with Fed. R. Civ. P. 4(m) and this Court's Order.

**SO ORDERED**, this 19th day of November, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA