UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DWIGHT SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV619-034 |
| | ) | |
| FORD MOTOR CREDIT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Dwight Smith filed this case detailing what appears to be a dispute over a consumer credit transaction. *See* doc. 1 at 4. In October 2020, the Court directed Smith to serve the defendant, in compliance with Federal Rule of Civil Procedure 4, by no later than November 12, 2020. *See* doc. 4. Smith responded requesting a continuance, doc. 5, which the Court granted, doc. 6. The continuance provided an additional 90 days to effect service, but warned that failure to serve within that extended period would result in a recommendation of dismissal. Doc. 6. That was no idle threat. Since the extended period for service expired on February 17, 2021, and Smith has taken no further

action to serve the defendant, his complaint should be **DISMISSED**. Fed. R. Civ. P. 4(m).

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*,

648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 13th day of April, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA